■ In the Matter of PIERETTE BARNOSKI, Petitioner, v CARROL S.

WALSH, JR., as a Justice of the New York Supreme Court, Respondent.—Application, pursuant to CPLR article 78, for judgment prohibiting respondent from presiding in a certain nonjury trial now pending in Supreme Court, Fulton County. Application denied, without costs, and petition dismissed. Under the circumstances presented herein, relief in the nature of prohibition is not available (see *Matter of Fitzgerald v Wells,* 9 AD2d 812, mot for lv to app den 7 NY2d 711). Greenblott, J. P., Staley, Jr., Main, Mikoll and Casey, JJ., concur.